IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JONATHAN GUCCIONE and CHELSEY GUCCIONE, Individually and as Parents and Next Friends of G.G., J.G. and S.G., minors,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY,<br><br>Defendant. | CV 25-156-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 21), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 30th day of June, 2026.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge